UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| TIMOTHY KLENK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 3:23-cv-00099-JD-MGG |
| v. | ) | |
| | ) | |
| GARRISON PROPERTY & CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO ENLARGE EXPERT DISCLOSURE DEADLINE**

Defendant, Garrison Property & Casualty Insurance Company ("Garrison"), by counsel, hereby requests an enlargement of the deadline for its expert disclosures for a period of thirty (30) days.  In support of this Motion, Garrison states as follows:

1.       The deadline in this matter for Garrison to file its expert disclosures is March 6, 2024, which time has not expired.

2.       Garrison is assessing whether it needs to file expert disclosures.  Garrison proposes a 30-day enlargement of the expert disclosure deadline, to and including April 5, 2024.  This motion is not being filed for purposes of delay.  This is the first motion to enlarge Garrison's expert disclosure deadline.

3.       The undersigned contacted counsel for the Plaintiff on March 6, 2024 regarding this Motion and they have no objection.

WHEREFORE, Defendant, Garrison Property & Casualty Insurance Company, requests the Court enlarge its expert disclosure deadline, to and including April 5, 2024, and grant all other appropriate relief.

Respectfully submitted,

/s/ Anna M. Mallon
Anna M. Mallon #23693-49
James P. Strenski # 18186-53
**DREWRY SIMMONS VORNEHM, LLP**
736 Hanover Place, Suite 200
Carmel, IN 46032
Phone: (317) 580-4848
Fax: (317) 580-4855
Amallon@dsvlaw.com
jstrenski@dsvlaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 6, 2024, a copy of the foregoing was filed electronically.

Service of this filing will be made upon the following ECF-registered counsel by operation of the

Court's electronic filing system:

Michael L. Schultz
Parr Richey Frandsen Patterson Kruse LLP
*Counsel for Plaintiff*

/s/ Anna M. Mallon
Anna M. Mallon

2